SLIP OPINION

Cite as 2016 Ark. 466

# SUPREME COURT OF ARKANSAS

IN RE RETIREMENT OF
ASSOCIATE JUSTICE PAUL E.
DANIELSON

**Opinion Delivered:** December 15, 2016

## PER CURIAM

Upon his retirement from the Supreme Court of Arkansas after ten years of dedicated service as associate justice, the court recognizes and expresses its appreciation to Justice Paul E. Danielson.

Justice Danielson graduated with honors from Florida State University and served his country for four years in the United States Air Force. He earned his law degree from the University of Arkansas School of Law in Fayetteville, where he was a member of the Arkansas Law Review and graduated with honors. He served as a law clerk to Arkansas Supreme Court Justice Frank Holt, as a deputy prosecuting attorney in the Sixth and Fifteenth Judicial Districts, and as city attorney for the City of Booneville. He practiced law for eighteen years and also taught at the University of Arkansas at Little Rock School of Law. Justice Danielson served twelve years as a circuit judge in the Fifteenth Judicial District and was named Outstanding Trial Judge for 2002–03 by the Arkansas Trial Lawyers Association.

Since joining this court in 2007, Justice Danielson has served our community and the legal profession in a variety of ways, including as liaison to the Arkansas Continuing Legal Education Board, the Supreme Court Committee on Professional Conduct, the Supreme Court Committee on Civil Practice, and the Supreme Court Committee on Model Jury Instructions–Civil. He has also served as chair of the Committee on the Pilot Program for Appellate Mediation as well as chair of the Arkansas Supreme Court Electronic Filing Pilot Program, which implemented e-filing at the state appellate level. He is a member of the Arkansas Bar Foundation.

On behalf of the State of Arkansas, we thank Justice Danielson for his many contributions to the justice system and the community.

_____
Chief Justice Howard W. Brill

_____
Justice Karen R. Baker

_____
Justice Courtney Hudson Goodson

_____
Justice Josephine Linker Hart

_____
Justice Rhonda K. Wood

_____
Justice Robin F. Wynne

# SUPREME COURT OF ARKANSAS

IN RE RETIREMENT OF ASSOCIATE JUSTICE
PAUL E. DANIELSON

Opinion Delivered: December 15, 2016

SLIP OPINION

## PER CURIAM

Upon his retirement from the Supreme Court of Arkansas after ten years of dedicated service as associate justice, the court recognizes and expresses its appreciation to Justice Paul E. Danielson.

Justice Danielson graduated with honors from Florida State University and served his country for four years in the United States Air Force. He earned his law degree from the University of Arkansas School of Law in Fayetteville, where he was a member of the Arkansas Law Review and graduated with honors. He served as a law clerk to Arkansas Supreme Court Justice Frank Holt, as a deputy prosecuting attorney in the Sixth and Fifteenth Judicial Districts, and as city attorney for the City of Booneville. He practiced law for eighteen years and also taught at the University of Arkansas at Little Rock School of Law. Justice Danielson served twelve years as a circuit judge in the Fifteenth Judicial District and was named Outstanding Trial Judge for 2002–03 by the Arkansas Trial Lawyers Association.

Since joining this court in 2007, Justice Danielson has served our community and the legal profession in a variety of ways, including as liaison to the Arkansas Continuing Legal Education Board, the Supreme Court Committee on Professional Conduct, the Supreme Court Committee on Civil Practice, and the Supreme Court Committee on Model Jury Instructions–Civil. He has also served as chair of the Committee on the Pilot Program for Appellate Mediation as well as chair of the Arkansas Supreme Court Electronic Filing Pilot Program, which implemented e-filing at the state appellate level. He is a member of the Arkansas Bar Foundation.

On behalf of the State of Arkansas, we thank Justice Danielson for his many contributions to the justice system and the community.

Chief Justice Howard W. Brill

Justice Courtney Hudson Goodson

Justice Rhonda K. Wood

Justice Karen R. Baker

Justice Josephine Linker Hart

Justice Robin F. Wynne